**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT PIERCE DIVISION**

| | |
|---|---|
| HOLOTRACK VENTURES CORP., HOLOTRACK AG, JR BETEILIGUNGS HOLDING AG, MIRALCO HOLDING AG, and PB INVEST SCHWEIZ AG<br><br>        Plaintiffs,<br><br>vs.<br><br>JOHN TEXTOR, RENE EICHENBERGER, FRANK PATTERSON, and PULSE EVOLUTION CORPORATION.<br><br>        Defendants. | Case No. 2:17-CV-14390 |

## RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, JR Beteiligungs Holding AG hereby states that it has no parent corporation and that no publicly held corporation owns 10% or more of its stock.

Dated: November 9, 2017

                                                                                                          _____
Jason Canales
Florida Bar No. 793981
jcanales@mosessinger.com

MOSES & SINGER LLP
405 Lexington Avenue
New York, NY 10174
Tel: 212-554-7800
Fax: 212-554-7700

*Attorneys for Plaintiff JR Beteiligungs Holding AG*