**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT PIERCE DIVISION**

| | |
|---|---|
| HOLOTRACK VENTURES CORP., HOLOTRACK AG, JR BETEILIGUNGS HOLDING AG, MIRALCO HOLDING AG, and PB INVEST SCHWEIZ AG<br><br>               Plaintiffs,<br><br>    vs.<br><br>JOHN TEXTOR, RENE EICHENBERGER, FRANK PATTERSON, and PULSE EVOLUTION CORPORATION.<br><br>             Defendants. | Case No. 2:17-CV-14390 |

---

## RULE 7.1 DISCLOSURE STATEMENT

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Miralco Holding AG hereby

states that it has no parent corporation and that no publicly held corporation owns 10% or more of

its stock.


Dated: November 9, 2017

                                         _____

                                         Jason Canales
                                         Florida Bar No. 793981
                                         jcanales@mosessinger.com

                                         MOSES & SINGER LLP
                                         405 Lexington Avenue
                                         New York, NY 10174
                                         Tel: 212-554-7800
                                         Fax: 212-554-7700


                                         *Attorneys for Plaintiff Miralco Holding AG*