

The Chrysler Building
405 Lexington Avenue, NY, NY 10174-1299
Tel: 212.554.7800    Fax: 212.554.7700
www.mosessinger.com

January 29, 2018

VIA ECF
Hon. Judge Jose E. Martinez
Wilkie D. Ferguson, Jr. United States Courthouse
400 North Miami Avenue
Room 10-1
Miami, Florida 33128

RE:   **Holotrack Ventures Corp., et. al. v. Textor, et. al.**
      **Case No. 17-14390-Civ**

Dear Judge Martinez:

My firm is counsel to the Plaintiffs in the above-referenced matter. On November 8, 2017 the Plaintiffs filed their complaint. (ECF #1) On January 18, 2018, the Defendants moved to dismiss the complaint. (ECF #28) Plaintiffs' response to the dismissal motion is presently due on or before February 1, 2018. On January 19, 2018, the parties submitted a joint motion for a briefing schedule on Defendants' dismissal motion extending Plaintiffs' time to oppose the dismissal motion to March 8, 2018. (ECF #29) That motion is *sub judice*.

Pursuant to Federal Rule of Civil Procedure 15(a)(1)(B), Plaintiffs will be amending their complaint, as of right, on or before February 8, 2018, the expiration of the 21 day statutory period. As such, Defendants' pending dismissal motion will be rendered moot. The parties conferenced with Your Honor's Clerk on Friday January 26, 2018 and advised her of Plaintiffs intent to file an amended complaint on or before February 8, 2018. We were instructed to file this notification with the Court so that Plaintiffs were not inadvertently defaulted for not filing opposition to Defendants' dismissal motion on or before February 1, 2018.

Thank you for your time.

Respectfully,

/s/
Jason Canales

CC: All Counsel of Record