UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-14390-Civ-Martinez

HOLOTRACK VENTURES CORP., et al.,

        Plaintiffs,

vs.

PULSE EVOLUTION CORP., et al.,

        Defendants.

_____/

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE
PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)**

Plaintiffs JR Beteiligungs Holding AG and Miralco Holding AG hereby dismiss their complaint, without prejudice, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

Dated: New York, New York
       March 6, 2018

                                  MOSES & SINGER LLP

                                  By: _____
                                      Jason Canales, Esq.
                                  Florida Bar No. 793981
                                  405 Lexington Avenue, 12th Floor
                                  New York, New York 10174
                                  (212) 554-7800
                                  jcanales@mosessinger.com

                                  *Attorneys for*
                                  *JR BETEILIGUNGS HOLDING AG*
                                  *and MIRALCO HOLDING AG*