UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Ft. Pierce Division

**Case Number: 17-14390-CIV-MARTINEZ-MAYNARD**

HOLOTRACK VENTURES CORP., et al.,
    Plaintiffs,

vs.

PULSE EVOLUTION CORP., et al.,
    Defendants.
_____/

## FINAL ORDER OF DISMISSAL WITH PREJUDICE AND ORDER DENYING ALL PENDING MOTIONS AS MOOT

THIS MATTER is before the Court upon Plaintiffs Holotrack Ventures Corp., Holotrack AG and PB Invest Schweiz, AG's Notice of Voluntary Dismissal with Prejudice filed June 13, 2018 pursuant to Rule 41(a)(1), Federal Rules of Civil Procedure. [ECF No. 61].

Upon consideration, it is **ORDERED AND ADJUDGED**:

1. This action is **DISMISSED WITH PREJUDICE.**

2. The Clerk of Court is directed to **CLOSE** this case and terminate any pending motions as **MOOT**.

DONE AND ORDERED in Chambers at Miami, Florida, this 15 day of June, 2018.

                                            JOSE E. MARTINEZ
                                            UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Maynard
All Counsel of Record